

# Fourth Court of Appeals
## San Antonio, Texas

May 19, 2022

No. 04-21-00570-CR

Rueben Justin **TREJO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CR-9333
Honorable Michael E. Mery, Judge Presiding

## O R D E R

Appellant's brief was originally due on May 18, 2022. On that date, appellant filed a motion requesting an extension of time until July 18, 2022 to file his brief, for a total extension of sixty days. We **GRANT** the motion and **ORDER** appellant to file his brief **by July 18, 2022**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of May, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court